

**FILED**

NOV 0 5 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
| v. | ) | Case No. $\quad$ 2:25-cr-0252 TLN |
| | ) | |
| | ) | |
| Greg Campbell | ) | |
| *Defendant* | | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:     Nov. 4, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Todd Pickles**
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States District Judge
*Judge's printed name and title*