**FILED**

NOV 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1 | ERIC GRANT
United States Attorney
2 | MICHAEL D. ANDERSON
ROSANNE RUST
3 | KATHERINE T. LYDON
Assistant United States Attorneys
4 | 501 I Street, Suite 10-100
Sacramento, CA 95814
5 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

6

7 | Attorneys for Plaintiff
United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,

13 | Plaintiff,

14 | v.

15 | GREG CAMPBELL,

16 | Defendant.

CASE NO.  2:25-cr-0252 TLN

[PROPOSED] SEALING ORDER

**UNDER SEAL**

17

18 | **SEALING ORDER**

19 | Upon application of the United States of America and good cause having been shown,

20 | IT IS HEREBY ORDERED that the entire file in the above-captioned matter be SEALED and

21 | shall not be disclosed to any person, unless otherwise ordered by the Court.

22

23 | Dated:   11/5/25

24 | _____
THE HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE JUDGE

25

26

27

28