# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **U.S. v. Greg Campbell**<br>**2:25-cr-252 TLN** | *Date:* | **November 13, 2025** |
| *To:* | **Nic Cannarozzi**<br>**Courtroom Deputy to the**<br>**Hon. Jeremy D. Peterson**<br>**U.S. Magistrate Judge** | *From:* | **Katherine T. Lydon**<br>**Assistant U.S. Attorney**<br>**U.S. Attorney's Office** |

    Please place the defendant in the above-referenced case, Greg Campbell, on calendar before Magistrate Judge Sean C. Riordan, on November 14, 2025, at 2:00 pm, for arraignment on the Information.

    Thank you for your assistance in this matter.