# SPECIAL CONDITIONS OF RELEASE

Re: Greg Campbell
No.: 2:25-CR-0252-TLN
Date: November 14, 2025

1. You must restrict your travel to California, unless you previously notify the FBI Sacramento Field Office at least 48 hours before traveling outside of California.
2. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of the case.
3. You must not associate or have any contact with any conspirators or co-conspirators, unless in the presence of or through counsel.
4. You may not discuss with any person you know to be or believe to be a potential witness in this case or the related cases (2:25-cr-253 TLN and 2:25-cr-258 TLN) the details of the investigation that has resulted in the pending charges.
5. You must report any contact with law enforcement to the FBI Sacramento Field Office within 24 hours of the law enforcement contact.