ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>               v.<br><br>GREG CAMPBELL,<br><br>                          Defendant. | CASE NO.  2:25-CR-00252 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: June 4, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    Defendant pleaded guilty to the Information on December 4, 2025.

2.    By previous order, this matter was set for status conference regarding judgement and sentencing on June 4, 2026.

///

///

///

///

///

STIPULATION AND PROPOSED ORDER REGARDING
CONTINUANCE

1

3.      By this stipulation, defendant now moves to continue the status conference until August 6, 2026.  The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  May 29, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  May 29, 2026

/s/ TODD PICKLES
TODD PICKLES
Counsel for Defendant
GREG CAMPBELL

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE

2