Todd Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorney for Defendant Greg Campbell

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG CAMPBELL,<br><br>Defendant. | CASE NO. 2:25-cr-252 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER**<br><br>DATE: October 1, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on December 4, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on October 1, 2026.

///

///

///

3. By this stipulation, defendant now moves to continue the status conference until December 10, 2026, at 9:30 a.m. The government has no objection to the continuance.

IT IS SO STIPULATED.

DATED: September 25, 2026 GREENBERG TRAURIG, LLP

By: */s/Todd Pickles*
Todd Pickles
Attorney for Defendant
GREG CAMPBELL

DATED: September 25, 2026 ERIC GRANT
United States Attorney

By: */s/Michael Anderson*
Michael Anderson
Katherine T. Lydon
Matthew Thuesen
Assistant United States Attorney

**ORDER**

The Status Hearing re Sentencing set for October 1, 2026, for the above-captioned matter is continued to December 10, 2026 at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 25th day of September, 2026.

Troy L. Nunley
Chief United States District Judge